ELLIS GOLDBERG, Respondent, *v.* GEORGE M. JACOCKS et al., Composing the Firm of JOSEPH F. JACOCKS & Co., et al., Defendants.

In the Matter of the Application of JOSEPH F. JACOCKS, Appellant, to Cancel and Discharge of Record the Judgments Herein.

*Goldberg* v. *Jacocks,* 86 App. Div. 626, affirmed.
(Argued October 8, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1903, which affirmed an order of Special Term denying a motion for the cancellation of two judgments under section 1268 of the Code of Civil Procedure.

*Alexander Lehman* and *Ambrose G. Todd* for appellant.

*C. F. Goddard* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.